STEVEN KALAR
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
450 Golden Gate Avenue
San Francisco, California  94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:   Daniel_Blank@fd.org

Counsel for Defendant VARELACRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VARELACRUZ,<br><br>Defendant. | **Case No.:** CR 20-0117 CRB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**   Hon. Charles Breyer<br>**Date:**   June 3, 2020<br>**Time:**   1:30 p.m. |

**ARGUMENT**

Defendant Daniel Varela Cruz has pleaded guilty to selling $40 worth of methamphetamine.  The resulting Total Offense Level is 10, and with Criminal History Category II, the applicable advisory guideline range is 8 to 14 months.  The Rule 11(c)(1)(B) plea agreement stipulates that both parties will recommend a sentence of five months imprisonment.  The parties have also waived a Presentence Report in lieu of providing the Court with sufficient sentencing information under 18 U.S.C. § 3553. F.R.Cr.P. 32(c)(1)(A)(ii).

Mr. Varela Cruz was born in a small village in Honduras, near the capitol of Tegucigalpa.  Mr. Varela Cruz was raised by his maternal grandparents.  He never knew his father and his mother abandoned him when he was just one year old when she ran off with another man.  Mr. Varela Cruz attended school until age 13, when he had to drop out to work full-time in the fields to support his family, as his grandfather was always drunk.

Mr. Varela Cruz first came to the United States at age 17.  He fled Honduras to escape the gangs there who threatened to kill any young men they could not recruit.  Here, Mr. Varela Cruz worked various construction jobs to send money home to his grandparents.  Unfortunately, while working in this country, Mr. Varela Cruz developed a drug habit.  As a result, he was soon selling drugs to support his addiction.

Since his initial appearance in the instant case, Mr. Varela Cruz has been incarcerated at the Santa Rita Jail, where the COVID-19 pandemic has wreaked havoc.  It is expected that Mr. Varela Cruz will be deported upon his release.  Mr. Varela Cruz respectfully requests that the Court take all these facts into account in determining what sentence to impose.

Respectfully submitted,

Dated:   May 27, 2020

STEVEN KALAR
Federal Public Defender
Northern District of California

     /S
DANIEL P. BLANK
Assistant Federal Public Defender